**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY D. WILKINS, | ) NO. CV 19-2048-VAP(E) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| STATE OF CALIFORNIA, et al., | ) CONCLUSIONS AND RECOMMENDATIONS |
| | ) OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered: (1) dismissing the federal claim in the First Amended Complaint without leave to amend and with prejudice; and (2) dismissing the state law claims in the

First Amended Complaint without leave to amend but without prejudice.

   IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff.

   DATED: May 9, 2019.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE