**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY D. WILKINS, | ) | NO. CV 19-2048-VAP(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| STATE OF CALIFORNIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that: (1) the federal claim in the First Amended Complaint is dismissed without leave to amend and with prejudice; and (2) the state law claims in the First Amended Complaint are dismissed without leave to amend but without prejudice.

DATED: _____May 9_____, 2019.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE